**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OLIVET ASSEMBLY USA,<br><br>*Plaintiff,*<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY<br><br>*Defendant.* | CIVIL ACTION NO. ____________ |

## NOTICE OF REMOVAL

Defendant, Westchester Surplus Lines Insurance Company (hereinafter "Westchester"), pursuant to 28 U.S.C. § 1441, hereby removes this case from the Superior Court of New Jersey, Law Division, Mercer County, to this Court, and in support thereof, aver as follows:

1. Defendant hereby exercises its rights under the provisions of 28 U.S.C. §§ 1332, 1441, and 1446 to remove this action from the Superior Court of New Jersey, Law Division, Mercer County in which it is now pending, to the United States District Court of New Jersey, because, as set forth herein, this is a civil action in which the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states

## TIMELINESS OF REMOVAL

2. This civil action was commenced by way of a Complaint filed in the Superior Court of New Jersey, Law Division, Mercer County, on November 17, 2025, and is docketed at MER-L-2425-25. A true and correct copy of the Complaint is attached as **Exhibit A**.

3. The Complaint was served on the Commissioner of the New Jersey Department of Banking and Insurance ("DOBI"), who accepted service on behalf of Westchester, on December 5, 2025. A true and correct copy of the Affidavit of Service filed with the Court is attached as **Exhibit B**.

4. A copy of the Complaint was received by Westchester from the New Jersey Department of Banking and Insurance on December 16, 2025 via certified mail.

5. In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days after service of the Complaint on Westchester through DOBI.

6. Thus, this Notice of Removal is timely as it is filed within 30 days of the service of the Complaint. See 28 U.S.C. § 1446(b).

7. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be served upon the attorney for Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the Superior Court of New Jersey, Law Division, Mercer County.

**DIVERSE CITIZENSHIP OF PARTIES**

8. Westchester hereby removes this case under traditional diversity jurisdiction, codified at 28 U.S.C. § 1332(a)-(c).

9. This Court has original jurisdiction over the subject matter of this action under 28 U.S.C. § 1441 because this action could originally have been filed in this Court under 28 U.S.C. § 1332(a)-(c).

10. Upon information and belief, Plaintiff, Olivet Assembly USA, is a non-profit Church located at 720 Bellevue Avenue, Trenton NJ 08618. See Complaint, pg. 1 (Exhibit A).

11. Westchester is an insurance company registered in Georgia with its principal place of business in Pennsylvania at 436 Walnut Street, Philadelphia, Pennsylvania 19106.

12. Thus, the parties are citizens of different states and complete diversity of citizenship exists between the Plaintiff and Westchester.

**THE AMOUNT IN CONTROVERSY EXCEEDS $75,000**

13. Upon information and belief, Plaintiff seeks money damages in an amount greater than $75,000.

14. Plaintiff alleges in a single count that Westchester "fail[ed] and refus[ed] to pay benefits to Plaintiff as required under [a] policy of insurance." See Complaint at ¶¶ 5-6 (Exhibit A).

15. Upon receipt of notice of the claim, Westchester engaged the independent adjusting firm Crawford & Company to assist with its investigation of the claim.

16. Crawford and Company completed a physical inspection of the property on February 13, 2025.

17. After inspection, Crawford & Company preliminarily assessed damages related to the claim in the amount of $180,000 on a rough-order-of-magnitude basis, coverage notwithstanding. Westchester denied the claim due to numerous and substantial coverage issues that will be raised in its responsive pleading.

18. Thus, the amount in controversy exceeds $75,000, exclusive of interest and costs.

## CONCLUSION

19. As such, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 and, accordingly, this matter is subject to removal under 28 U.S.C. §§ 1441 and 1446, because there is diversity of citizenship and because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

20. Venue is appropriate in this Court since jurisdiction of this Court includes Mercer County, where the action is pending.

21. Pursuant to the provisions of 28 U.S.C. § 1446(a), Defendant has attached herewith a copy of the Complaint filed in the Superior Court of New Jersey Law Division – Mercer County in this action. See Exhibit A.

22. Defendant will provide immediate notice of the filing of this Notice of Removal to Plaintiff as required by 28 U.S.C. § 1446(d).

23. Defendant will file a certified copy of this Notice of Removal with the Clerk of the Superior Court of New Jersey Law Division – Mercer County, as required by 28 U.S.C. § 1446(d) once a time-stamped copy of the Notice of Removal is received.

**WHEREFORE**, Defendant, Westchester Surplus Lines Insurance Company, respectfully request that the action presently pending in the Superior Court of New Jersey, Law Division, Mercer County, be removed to the United States District Court for the District of New Jersey.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

By: /s/ Edward M. Koch
Edward M. Koch, Esquire
Laura Rossi, Esquire
LibertyView
457 Haddonfield Road
Suite 400
Cherry Hill, NJ 08002-2220
koche@whiteandwilliams.com
rossil@whiteandwilliams.com

*Attorneys for Defendant,*
*Westchester Surplus Lines Insurance Company*

Dated: January 5, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| OLIVET ASSEMBLY USA,<br><br>*Plaintiff,*<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY<br><br>*Defendant.* | : | CIVIL ACTION NO. ____________ |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served upon the following in the manner indicated below, this 5th day of January, 2026:

**VIA E-COURTS**
Clerk of the Superior Court
Mercer County
175 South Broad Street
Trenton, NJ 08608

**VIA EMAIL**
Joseph A. Zenstein, Esquire
Daniel B. Lengeman, Esquire
ZENSTEIN KOVALSKY, LLC
240 Old York Road | Suite 101
Warminster, PA 18974
jzenstein@zensteinlaw.com
dlengeman@zensteinlaw.com

By: /s/ Edward M. Koch
Edward M. Koch, Esquire